**Not for Publication**

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| PERSONAL IMAGE, PC, *Attorney in Fact for T.R.*, *Plaintiff*, v. TECH BRIEFS MEDIA GROUP MEDICAL PLAN, SAE INTERNATIONAL CO., JOHN DOE (1-100), and XYZ CORP. (1-100), *Defendants*. | Civil Action No. 20-3747 (JMV) (MF) **ORDER** |

**John Michael Vazquez, U.S.D.J.**

On February 10, 2021, this Court entered an opinion and order granting Defendants' motion to dismiss Plaintiff's Complaint. D.E. 9, 10. The dismissal was without prejudice and Plaintiff was given thirty (30) days to file an amended pleading curing the deficiencies described in the opinion, otherwise the matter would be dismissed with prejudice. *Id.* To date, Plaintiff has not filed an amended pleading. For the foregoing reasons and for good cause shown,

**IT IS** on this 29th day of March, 2021,

**ORDERED** that Plaintiff's Complaint, D.E. 1-1, is **DISMISSED with prejudice**; and it is further

**ORDERED** that the Clerk of the Court is directed to close the matter.

_____
John Michael Vazquez, U.S.D.J.